UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

VIVIAN DOROTHEA GROVER-TSIMI,     Civil 09-3544 (JRT/SRN)

                Plaintiff,

v.     **ORDER ADOPTING REPORT AND RECOMMENDATION**

MILLPOND PARTNERS (A/K/A
MILLPOND APARTMENTS, LTD.);
AMERICAN INVESTMENT
MANAGEMENT SERVICES
COMPANY; AND MILLPOND
APARTMENTS,

                Defendants.

---

Vivian Dorothea Grover-Tsimi, 210 First Avenue Northwest, #302, New Prague, MN 56071, pro se plaintiff.

Brock Alton and Roger Gross, **GISLASON & HUNTER LLP**, 701 Xeniz Avenue South, Suite 500, Minneapolis, MN 55416, for defendants.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Susan Richard Nelson dated October 18, 2010, all the files and records, and no objections having been filed to said Report and Recommendation.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for default judgment [Doc. No. 27] is **DENIED**; and

2. Defendants' motion for summary judgment [Doc. No. 37] is **GRANTED**

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: December 2, 2010
at Minneapolis, Minnesota                    ____s/ Janet Midtbo_____
                                             JOHN R. TUNHEIM
                                             United States District Judge